UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No. 11-20429-MC-GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDDY BISMARCK NUNEZ-GARRIDO,

    Defendant.
_____/

### SUPPLEMENTAL ORDER ON POST-HEARING SUBMISSIONS

This matter is again before the Court *sua sponte* following the final extradition hearing and the Court's *ore tenus* directions (at the end of the August 24, 2011 hearing) concerning the simultaneous, joint post-hearing submission of proposed orders.

During closing arguments, Defendant's counsel noted that, in his view, his client is unlikely to receive an actual trial on the underlying homicide charges if he were to be extradited to the Dominican Republic.

Setting aside the issue of whether defense counsel presented any competent evidence to support this argument,[1] the Court directs the parties to include, in their post-hearing submissions of proposed orders, a discussion of the following point:

Is it even appropriate for this Court to consider the issue of whether the Dominican Republic would give (or might give) Defendant a trial on the merits when

---

[1] Defendant did not introduce any testimony to support the argument. Apparently, Defendant intended to have a Dominican attorney appear at the hearing and provide testimony on this point (and other points), but that witness never appeared and Defendant withdrew his name as a witness on the final day of the hearing.

Case No. 11-20429-MC-GOODMAN

assessing the probable cause issue which the parties agree is the sole issue now before the Court?

**DONE AND ORDERED**, in Chambers, in Miami, Florida, this 25th day of August, 2011.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record